**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**Northern Division**

UNITED STATES OF AMERICA,

        Plaintiff,

   v.                                    Civil No. 12-cv-01449-WDQ

$41,320.00 in U.S. Currency,

        Defendant.

--------------------------------------------------X

## NOTICE

On November 25, 2014, the court issued a Memorandum Opinion and Order granting the Government's motion for leave to file an amended complaint, and granting Claimant's motion for relief from the Government's special interrogatories without prejudice to the Government's refiling the special interrogatories now that that its motion to amend the complaint has been granted. (ECF 48 and 49; Memorandum at 19.)

The Government promptly refiled its special interrogatories, sending a copy by certified mail to Claimant at the facility where he is incarcerated. On December 12, 2014, the envelope containing the special interrogatories was returned to the Government unopened and marked "Refused." See Exhibit A.

Notice is hereby given to the court and to the claimant that the Government has, on December 15, 2014, mailed another copy of the special interrogatories to Claimant by first class mail, and intends to move pursuant to Rule G(8)(c) of the Supplemental Rules to strike Claimant's claim if he does not respond to the special interrogatories within 21 days as provided in Rule G(6).

Respectfully submitted

Rod J. Rosenstein
United States Attorney

_____/s/_____
Stefan D. Cassella
Assistant United States Attorney